CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JINHAO WANG,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIELLE LEHMAN, District Director of the San Francisco Asylum Office,<br><br>    Defendants. | Case No. 4:25-cv-00878 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

      The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On April 4, 2025, the Court granted the parties' request to stay proceedings until October 8, 2025, to allow time for the agency to complete adjudication of Plaintiff's asylum application. Dkt. No. 12. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on June 10, 2025. Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as required under 8 U.S.C. § 1158(d)(5)(A)(i). While such checks are a routine part of asylum adjudication and are generally completed within the timeframe contemplated by the original stay, they remain pending as of this filing. The parties agree to a brief continuance to allow USCIS to complete these remaining steps.

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Joint Status Report and Stipulation
C 3:25-cv-00878 LJC                    1

November 7, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 30, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 30, 2025

/s/ Chuangchuang Chen
CHUANGCHUANG CHEN
Chuang Law Firm
Attorney for Plaintiff

# ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until November 7, 2025.

Date October 22, 2025:

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.